**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| US SEC | ) | Case No: 19 C 7528 |
| v. | ) | Judge: Thomas M. Durkin |
| Ashik Desai, et al | ) |  |

## ORDER

Motion hearing held on 1/24/2020. United States' motion to intervene is granted. [19] United States' motion to stay is entered and continued to 2/10/2020 at 9:00 a.m. [18] Status hearing is set for 2/10/2020 at 9:00 a.m.

Date: 1/24/2020 /s/ Thomas M. Durkin